**FERNALD & ZAFFOS APC**
ADAM P. ZAFFOS (BAR NO. 217669)
15910 Ventura Blvd., Suite 1702
Encino, California 91436
Telephone:     (323) 410-0300
Facsimile:     (323) 410-0330
E-Mail:     adam@fzlaw.com

*Attorneys for Third-Party Freedom Shield Capital*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEGUARD METALS LLC AND JEFFREY S. SANTULAN,<br><br>Defendants. | Case No. 2:22-cv-00693-JFW-SK<br><br>**THIRD-PARTY FREEDOM SHIELD CAPITAL'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO GODADDY.COM, LLC** |

1

THIRD-PARTY FREEDOM SHIELD CAPITAL'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO
GODADDY.COM, LLC
CASE NO. 2:22-CV-00693-JFW-SK

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, third-party Freedom Shield Capital hereby objects to the subpoena issued by Plaintiff to GoDaddy.com, LLC seeking production of documents for the domains (a) "Allianceshield.com," (b) "Freedomshieldcapital.com," and (c) "SafeguardMetals.com," as follows:

**Objection to Request 1(b): the subscriber(s)'s account number(s).**

The request is vague and ambiguous as it fails to identify the "subscriber" referenced in the request. The request is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of admissible evidence. The request is duplicative of documents that can be obtained from the parties to the litigation. The request seeks the production of documents that are privileged, confidential, proprietary, trade secrets, and/or contain sensitive information. The request is intrusive, harassing, and violates the privacy rights of third parties, including Freedom Shield Capital, who is not a party to this litigation and has no relationship or affiliation with the domains "Allianceshield.com" or "SafeguardMetals.com". The request is not likely to lead to the discovery of admissible evidence due to the fact that Freedom Shield Capital and "Freedomshieldcapital.com" are not affiliated with or otherwise related to the other identified domains or any parties to this litigation.

**Objection to Request 1(d): the subscriber(s)'s telephone number(s).**

The request is vague and ambiguous as it fails to identify the "subscriber" referenced in the request. The request is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of admissible evidence. The request is duplicative of documents that can be obtained from the parties to the litigation. The request seeks the production of documents that are privileged,

2

THIRD-PARTY FREEDOM SHIELD CAPITAL'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO GODADDY.COM, LLC
CASE NO.  2:22-CV-00693-JFW-SK

confidential, proprietary, trade secrets, and/or contain sensitive information. The request is intrusive, harassing, and violates the privacy rights of third parties, including Freedom Shield Capital, who is not a party to this litigation and has no relationship or affiliation with the domains Allianceshield.com" or "SafeguardMetals.com". The request is not likely to lead to the discovery of admissible evidence due to the fact that Freedom Shield Capital and "Freedomshieldcapital.com" are not affiliated with or otherwise related to the other identified domains or any parties to this litigation.

**Objection to Request 1(e): other subscriber number or identity information, including, but not limited to, the Internet Protocol addresses used by the subscriber(s) when registering the domain names.**

The request is vague and ambiguous as it fails to identify the "subscriber" referenced in the request. The request is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of admissible evidence. The request is duplicative of documents that can be obtained from the parties to the litigation. The request seeks the production of documents that are privileged, confidential, proprietary, trade secrets, and/or contain sensitive information. The request is intrusive, harassing, and violates the privacy rights of third parties, including Freedom Shield Capital, who is not a party to this litigation and has no relationship or affiliation with the domains Allianceshield.com" or "SafeguardMetals.com". The request is not likely to lead to the discovery of admissible evidence due to the fact that Freedom Shield Capital and "Freedomshieldcapital.com" are not affiliated with or otherwise related to the other identified domains or any parties to this litigation.

**Objection to Request 1(g): the services provided to the subscriber, including, but not limited to, website hosting, email, and online storage.**

The request is vague and ambiguous as it fails to identify the "subscriber" referenced in the request. The request is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of admissible evidence. The request is duplicative of documents that can be obtained from the parties to the litigation. The request seeks the production of documents that are privileged, confidential, proprietary, trade secrets, and/or contain sensitive information. The request is intrusive, harassing, and violates the privacy rights of third parties, including Freedom Shield Capital, who is not a party to this litigation and has no relationship or affiliation with the domains Allianceshield.com" or "SafeguardMetals.com". The request is not likely to lead to the discovery of admissible evidence due to the fact that Freedom Shield Capital and "Freedomshieldcapital.com" are not affiliated with or otherwise related to the other identified domains or any parties to this litigation.

**Objection to Request 2: All documents that relate to, refer to, or concern communications between GoDaddy.com, LLC, on the one hand, and the subscriber(s), where GoDaddy.com, LLC was the sender or intended recipient of the communication including, without limitation, all documents concerning email services and the assignment or termination of any email addresses.**

The request is unduly burdensome as it would require the gathering of all documents which "relate to", "refer to", or "concern" any communication between the unidentified subscriber and GoDaddy. The request is vague and ambiguous as it fails to identify the "subscriber" referenced in the request. The request is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of admissible evidence. The request is duplicative of documents that can be

4

THIRD-PARTY FREEDOM SHIELD CAPITAL'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO GODADDY.COM, LLC
CASE NO.  2:22-CV-00693-JFW-SK

obtained from the parties to the litigation. The request seeks the production of documents that are privileged, confidential, proprietary, trade secrets, and/or contain sensitive information. The request is intrusive, harassing, and violates the privacy rights of third parties, including Freedom Shield Capital, who is not a party to this litigation and has no relationship or affiliation with the domains Allianceshield.com" or "SafeguardMetals.com". The request is not likely to lead to the discovery of admissible evidence due to the fact that Freedom Shield Capital and "Freedomshieldcapital.com" are not affiliated with or otherwise related to the other identified domains or any parties to this litigation.

DATED: February 24, 2023         **FERNALD & ZAFFOS APC**

By:_____
Attorneys for Third-Party Freedom Shield Capital

# **CERTIFICATE OF SERVICE**

I, Jordan Patronete, declare that I am over the age of eighteen years and not a party to this action. I am employed in Los Angeles County, and my business address is: Fernald Law Group APC, 15910 Ventura Blvd., Suite 1702, Encino, California 91436.

On **February 24, 2023**, I hereby certify that a true and complete copy of the foregoing documents:

**THIRD-PARTY FREEDOM SHIELD CAPITAL'S OBJECTIONS TO PLAINTIFF'S SUBPOENA TO GODADDY.COM, LLC**

have been served by forwarding said copy by electronic submission through my email the documents listed above to:

| | |
|---|---|
| Jonathan Polish, Esq.<br>Donald W. Searles, Esq.<br>Amy J. Longo, Esq.<br>Benjamin Hanauer, Esq.<br>Nicholas Seidel, Esq.<br>Jedediah Forkner, Esq.<br>**U.S. SECURITIES AND EXCHANGE COMMISSION**<br>175 W. Jackson Blvd. Ste. 1450<br>Chicago, IL 60604<br>Tel: (312) 353-6884<br>Email: polishj@sec.gov<br>    searlesd@sec.gov<br>    amy.longo@ropesgray.com<br>    forknerj@sec.gov<br>    HanauerB@sec.gov<br>    SeidelN@sec.gov | ***Attorneys for Plaintiff,***<br>***SECURITIES AND EXCHANGE COMMISSION*** |
| Catherine Sima Owens, Esq.<br>Chloe N. Coleman, Esq.<br>Jeremy Tal Varon, Esq.<br>Paul Anthony Rigali, Esq.<br>Jerry A. Behnke, Esq.<br>Mehrunisa Ranjha, Esq. | ***Attorneys for Defendant,***<br>***SAFEGUARD METALS LLC AND JEFFREY S. SANTULAN*** |

| | |
|---|---|
| **LARSON LLP**<br>555 South Flower Street Suite 4400<br>Los Angeles, CA 90071<br>Tel: (213) 436-4888<br>Fax: (213) 623-2000<br>Email: cowens@larsonllp.com<br>  ccoleman@larsonllp.com<br>  jvaron@larsonllp.com<br>  prigali@larsonllp.com<br>  jbehnke@larsonllp.com<br>  mranjha@larsonllp.com | |
| GoDaddy<br>Email: compliancemgr@godaddy.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 24, 2023

_____
Jordan Patronete

- 3 -