Jonathan S. Polish (*pro hac vice*)
PolishJ@sec.gov
Jedediah B. Forkner (*pro hac vice*)
ForknerJ@sec.gov
Donald W. Searles (SBN 135705) (local counsel)
SearlesD@sec.gov
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 886-8514

Attorneys for Plaintiff
SECURITIES AND
EXCHANGE COMMISSION

Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Catherine S. Owens (SBN 307626)
cowens@larsonllp.com
Jeremy T. Varon (SBN 343903)
jvaron@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants
SAFEGUARD METALS, LLC AND
JEFFREY S. SANTULAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAFEGUARD METALS, LLC AND JEFFREY S. SANTULAN,<br><br>        Defendants. | Case No. 2:22-cv-00693 JFW (SKx)<br><br>**JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER**<br><br>Hon. John F. Walter, Crtrm 7A<br><br>Complaint Filed: February 1, 2022<br>Trial Date:        November 28, 2023 |

LARSON
LOS ANGELES

Case No. 2:22-cv-00693 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Paragraph 3(a) of the Court's Scheduling and Case Management Order (ECF No. 46 at 7-8), Plaintiff Securities and Exchange Commission ("SEC") and Defendants Safeguard Metals, LLC and Jeffrey Santulan (collectively, "Defendants" and together with Plaintiff referred to as the "Parties"), through and by their respective counsel, hereby stipulate as follows:

WHEREAS, the Court entered a Scheduling and Case Management Order, dated July 12, 2022, setting the last day of discovery for August 28, 2023, the last day to hear motions as September 11, 2023, the pre-trial conference for November 3, 2023, and the trial date for November 28, 2023;

WHEREAS, the Court's Scheduling and Case Management Order also set the last day to conduct a Settlement Conference/Mediation for April 3, 2023, and the last day to file a Joint Report regarding the Results of the Settlement Conference/Mediation for April 7, 2023;

WHEREAS, the Parties originally scheduled an in-person JAMS Mediation before the Hon. Gandhi (Ret.) for March 16, 2023, and were fully prepared to engage in a mediation on this date;

WHEREAS, the mediation had to then be postponed to a later date due to an injury suffered by the mediator;

WHEREAS, the Parties remain committed to engaging in a substantive mediation as soon as possible and therefore agreed to postpone the mediation to a mutually agreeable time for the mediator and all Parties;

WHEREAS, the mediator is next available for a remote mediation on April 18 and an in-person mediation in June, and the mediator and Parties are in the process of determining a mutually agreeable date;

WHEREAS, as a result of this postponement, the Parties will be unable to complete the required mediation by April 4, 2023, as set forth in the Court's

1  Scheduling and Case Management Order, and therefore the Parties seek an extension
2  of the deadlines to conduct a Settlement Conference/Mediation to June 30, 2023 and
3  to file a Joint Report regarding the Results of the Settlement Conference/Mediation
4  to July 5, 2023;

5      WHEREAS, the Parties have not previously requested any extensions of the
6  deadlines to conduct a Settlement Conference/Mediation or to file Joint Report
7  regarding the Results of the Settlement Conference/Mediation;

8      IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

- The last day to conduct a Settlement Conference/Mediation is extended from April 3, 2023 to June 30, 2023; and
- The last day to file a Joint Report regarding the Results of the Settlement Conference/Mediation is extended from April 7, 2023 to July 5, 2023.

LARSON
LOS ANGELES

2

Case No. 2:22-cv-00693 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | Dated: April 3, 2023 | |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ *Jonathan S. Polish* |
| 5 | | Jonathan S. Polish |
|   | | Jedediah B. Forkner |
| 6 | | Donald W. Searles |
| 7 | | Attorneys for Plaintiff |
|   | | SECURITIES AND EXCHANGE |
| 8 | | COMMISSION |
| 9 | Dated: April 3, 2023 | LARSON LLP |
| 10 | | |
| 11 | | |
| 12 | | By:  /s/ *Paul A. Rigali* |
| 13 | | Paul A. Rigali |
|   | | Catherine S. Owens |
| 14 | | Jeremy T. Varon |
| 15 | | Attorneys for Defendants |
|   | | SAFEGUARD METALS, LLC AND |
| 16 | | JEFFREY S. SANTULAN |

LARSON
LOS ANGELES

3

Case No. 2:22-cv-00693 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2023                LARSON LLP


By: */s/ Paul A. Rigali*
    Paul A. Rigali
    Catherine S. Owens
    Jeremy T. Varon
Attorneys for Defendants
SAFEGUARD METALS, LLC AND
JEFFREY S. SANTULAN

LARSON
LOS ANGELES

4                                Case No. 2:22-cv-00693 JFW (SKx)
JOINT STIPULATION SEEKING LEAVE TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER