JONATHAN S. POLISH (IL Bar No. 6237890)
JEDEDIAH B. FORKNER (IL Bar No. 6299787)
PRO HAC VICE
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Email: PolishJ@sec.gov
Telephone: (312) 353-7390
Facsimile: (312) 886-8514

LOCAL COUNSEL:
DONALD W. SEARLES (Cal. Bar. No. 135705)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: SearlesD@sec.gov
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>SAFEGUARD METALS LLC AND JEFFREY S. SANTULAN,<br>Defendants. | Case No. 2:22-CV-00693 JFW (SKx)<br>Hon. John F. Walter, Crtrm 7A<br><br>**PLAINTIFF'S NOTICE OF FILING OF AMENDED COMPLAINT IN LIGHT OF INDIVIDUAL DEFENDANT'S CHANGE OF NAME**<br><br>Complaint Filed: Feb. 1, 2022<br>Trial Date: Nov. 28, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff United States Securities and Exchange Commission (the "SEC" or the "Commission") is hereby filing an amended complaint contemporaneously herewith. The complaint has been amended to reflect the individual defendant's change of his name from Jeffrey S. Santulan to Jeffrey Ikahn. Because defendants have consented to the filing of this amended complaint, pursuant to Federal Rule of Civil Procedure 15(a), such an amendment does not require leave of Court. Thus, the SEC is not filing a motion seeking leave from the Court to file the amended complaint.

Dated: April 5, 2023

Respectfully submitted,

*/s/ Jonathan Polish*
Jonathan Polish
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-7390

On April 5, 2023, I caused to be served the document attached hereto on all the parties to this action addressed as stated on the attached service list:

☐ OFFICE MAIL: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ PERSONAL DEPOSIT IN MAIL: By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ EXPRESS U.S. MAIL: Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ HAND DELIVERY: I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ UNITED PARCEL SERVICE: By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ ELECTRONIC MAIL: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ E-FILING: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ FAX: By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2023            /s/ Jonathan S. Polish

                                Jonathan S. Polish

*SEC v. Safeguard Metals LLC, et al.*
United States District Court – Central District of California
Case No. 2:22-CV-00693 JFW (SKx)

### Service List

Catherine Sima Owens
Larson LLP
Email:Cowens@larsonllp.Com

Chloe N. Coleman
Larson, LLP
Email:Ccoleman@larsonllp.Com

Jeremy Tal Varon
Larson, LLP
Email:Jvaron@larsonllp.Com

Paul Anthony Rigali
Larson LLP
Email:Prigali@larsonllp.Com

Jerry A. Behnke
Larson LLP
Email:Jbehnke@larsonllp.Com

Mehrunisa Ranjha
Larson LLP
Email:Mranjha@larsonllp.Com

*Attorneys for Defendants*

NOTICE OF FILING OF AMENDED COMPLAINT

4