1  Paul A. Rigali (SBN 262948)
   *prigali@larsonllp.com*
2  Jerry A. Behnke (SBN 180462)
   *jbehnke@larsonllp.com*
3  Catherine S. Owens (SBN 307626)
   *cowens@larsonllp.com*
4  Jeremy T. Varon (SBN 343903)
   *jvaron@larsonllp.com*
5  **LARSON LLP**
   555 South Flower Street, Suite 4400
6  Los Angeles, California 90071
   Telephone:(213) 436-4888
7  Facsimile: (213) 623-2000

8  Attorneys for Defendants
   SAFEGUARD METALS LLC AND
9  JEFFREY IKAHN

10            UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 | SECURITIES AND EXCHANGE          | Case No. 2:22-cv-00693 JFW (SKx)
   | COMMISSION,                       | Hon. John F. Walter, Crtrm 7A
14 |                                   |
   |            Plaintiff,             | **DEFENDANTS' ANSWER TO**
15 |                                   | **AMENDED COMPLAINT**
   |      vs.                          |
16 |                                   | **DEMAND FOR JURY TRIAL**
   | SAFEGUARD METALS LLC AND          |
17 | JEFFREY IKAHN (f/k/a JEFFREY S.   | Complaint Filed:  February 1, 2022
   | SANTULAN),                        | FAC Filed:        April 5, 2023
18 |                                   | Trial Date:       November 28, 2023
   |            Defendants.            |
19

20

21

22

23

24

25

26

27

28

**ANSWER TO AMENDED COMPLAINT**

Defendants Safeguard Metals, LLC ("Safeguard") and Jeffrey Ikahn (f/k/a Jeffrey S. Santulan) ("Ikahn") (collectively, "Defendants") hereby respond to the First Amended Complaint of Plaintiff Securities and Exchange Commission ("Plaintiff") as follows:

**JURISDICTION AND VENUE[1]**

1.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny that they have violated any provisions of the Securities Exchange Act of 1934 or the Investment Advisers Act of 1940, and further deny any liability for any claims raised in the First Amended Complaint.  Defendants deny any remaining allegations in this paragraph.

2.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit that this Court has subject matter jurisdiction over Plaintiff's claims.  Defendants deny any remaining allegations in this paragraph.

3.      This paragraph states legal conclusions to which no response is required. Defendants expressly deny that they have engaged in any acts and/or omissions that violate any laws and/or regulations within the jurisdiction of the United States District Court for the Central District of California or elsewhere. Defendants deny any remaining allegations in this paragraph.

4.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny directly or indirectly making use of the means and instrumentalities of interstate commerce and/or of the mails in connection with any acts alleged in the First Amended Complaint.

---

[1]      For ease of reference, Defendants use the headings used in Plaintiff's First Amended Complaint.  In so doing, Defendants do not admit any of the allegations contained in those headings.

Defendants deny any remaining allegations in this paragraph.

## SUMMARY

5.     This paragraph states legal conclusions to which no response is required. Defendants admit that Safeguard Metals, LLC was based in California, and that Safeguard Metals, LLC sells precious metal coins.  Except so expressly admitted, Defendants deny all remaining allegations in this paragraph.

6.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

7.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

8.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

9.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

10.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## DEFENDANTS

11.    Defendants admit that Safeguard Metals LLC is a Wyoming Limited Liability Company and had an office in Woodland Hills, California.  Except so expressly admitted, Defendants deny all remaining allegations in this paragraph.

12.    This paragraph states legal conclusions to which no response is required. Defendants admit that Jeffrey Ikahn is 41 years old and a resident of Tarzana, California.  Except so expressly admitted, Defendants deny all remaining allegations

1  in this paragraph.

2                                **FACTS**

3        13.   This paragraph states legal conclusions to which no response is required.

4  To the extent a further response is required, Defendants deny all allegations in this

5  paragraph.

6        14.   This paragraph states legal conclusions to which no response is required.

7  To the extent a further response is required, Defendants deny all allegations in this

8  paragraph.

9        15.   This paragraph states legal conclusions to which no response is required.

10  To the extent a further response is required, Defendants deny all allegations in this

11  paragraph.

12        16.   This paragraph states legal conclusions to which no response is required.

13  To the extent a further response is required, Defendants deny all allegations in this

14  paragraph.

15        17.   This paragraph states legal conclusions to which no response is required.

16  To the extent a further response is required, Defendants deny all allegations in this

17  paragraph.

18        18.   This paragraph states legal conclusions to which no response is required.

19  To the extent a further response is required, Defendants deny all allegations in this

20  paragraph.

21        19.   This paragraph states legal conclusions to which no response is required.

22  To the extent a further response is required, Defendants deny all allegations in this

23  paragraph.

24        20.   This paragraph states legal conclusions to which no response is required.

25  To the extent a further response is required, Defendants deny all allegations in this

26  paragraph.

27  / / /

28  / / /

21. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

22. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

23. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

24. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

25. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

26. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

27. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

28. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

29. This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

30.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants admit that the SIPC's public website, sipc.org, states "SIPC protects against the loss of cash and securities – such as stocks and bonds – held by a customer at a financially-troubled SIPC-member brokerage firm."   Except as so expressly admitted herein, Defendants deny the remaining allegations in this paragraph.

31.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

32.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

33.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

34.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

35.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

36.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

37.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

38.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

39.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

40.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

41.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

42.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

43.      This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

44.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## **FIRST CLAIM FOR RELIEF**

### **Violations of Section 10(b) of the Exchange Act and Exchange Act Rule 10b-5**

### **(Against Defendants Safeguard and Ikahn)**

45.     Defendants repeat and incorporate their Answers to paragraphs 1 through 44 as though fully set forth herein.

/ / /

/ / /

46.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

47.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

48.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

### Violations of Advisers Act Sections 206(1) and 206(2)

### (Against Defendants Safeguard and Ikahn)

49.   Defendants repeat and incorporate their Answers to paragraphs 1 through 48 as though fully set forth herein.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

50.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## THIRD CLAIM FOR RELIEF

### Aiding & Abetting Violations of Section 10(b) of the Exchange Act,

### and Exchange Act Rule 10-b5

### (Against Defendant Ikahn)

51.   Defendants repeat and incorporate their Answers to paragraphs 1 through 50 as though fully set forth herein.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

52.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

53.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

54.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## FOURTH CLAIM FOR RELIEF

**Aiding & Abetting Violations of Advisers Act Sections 206(1) and 206(2)**

**(Against Defendant Ikahn)**

55.     Defendants repeat and incorporate their Answers to paragraphs 1 through 54 as though fully set forth herein.  This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

56.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

57.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

58.     This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

/ / /

/ / /

/ / /

## **FIFTH CLAIM FOR RELIEF**

**Control Person Liability for Violations of Section 10(b) of the Exchange Act,**

**and**

**Exchange Act Rule 10b-5**

**(Against Defendant Ikahn)**

59.    Defendants repeat and incorporate their Answers to paragraphs 1 through 58 as though fully set forth herein.   This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

60.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

61.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

62.    This paragraph states legal conclusions to which no response is required. To the extent a further response is required, Defendants deny all allegations in this paragraph.

## **RESPONSE TO RELIEF REQUESTED**

Defendants deny that Plaintiff has been injured or damaged in any amount, or at all, and denies that Plaintiff is entitled to any remedy.   Defendants therefore respectfully request that the Court enter judgment against Plaintiff on each of Plaintiff's claims.  To the extent the Relief Requested includes any factual allegations, Defendants deny those allegations.

## **JURY DEMAND**

Defendants demand a trial by jury on all issues so triable.

/ / /

/ / /

## AFFIRMATIVE AND OTHER DEFENSES

Defendants allege the affirmative defenses set forth below.  By such pleading, Defendants do no waive, excuse, or alter the burden of proof and/or burden of going forward with the evidence that otherwise exists with respect to any particular issue of law or in equity.  Furthermore, all defenses are pled in the alternative, and do not constitute an admission of liability or an admission as to whether Plaintiff is entitled to any relief whatsoever.  Defendants also do not waive any affirmative defenses and reserve the right to assert any and all affirmative defenses that may be available after reasonable discovery.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The First Amended Complaint is barred, in whole or in part, because the First Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Latches, Waiver, and/or Estoppel)

The First Amended Complaint is barred, in whole or in part, by the doctrines of laches, waiver and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

### (Consent)

The First Amended Complaint is barred, in whole or in part, because the matters alleged in the First Amended Complaint as they pertain to Defendants were authorized, consented to, and/or ratified, and thus Plaintiff is precluded and barred from asserting any such claim against Defendants.

## FOURTH AFFIRMATIVE DEFENSE

### (Good Faith)

Plaintiff is barred from recovery and/or relief by virtue of the fact that Defendants acted in good faith at all pertinent times.

/ / /

## FIFTH AFFIRMATIVE DEFENSE

### (No Causation)

The First Amended Complaint is barred, in whole or in part, because Plaintiff cannot establish that the alleged damages and/or injuries were caused and/or proximately caused by the alleged acts and/or omissions of Defendants.

## SIXTH AFFIRMATIVE DEFENSE

### (No Damages)

The First Amended Complaint is barred, in whole or in part, because Plaintiff cannot establish that any damages and/or injuries were the result of any alleged actions and/or omissions by Defendants.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff is barred from recovery to the extent Plaintiff failed to mitigate damages, if any, with respect to the matters alleged in the First Amended Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Equitable Monetary Relief)

The First Amended Complaint is barred, in whole or in part, because Plaintiff is not entitled to any equitable monetary relief, including restitution or disgorgement, as a result of any alleged actions taken by Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

The First Amended Complaint is barred, in whole or in part, because Plaintiff cannot establish an inadequate remedy at law, risk of interim or irreparable harm absent injunctive relief, that any conduct sought to be enjoined is likely to be repeated in the future, and/or a likelihood of prevailing on the merits.

/ / /

/ / /

/ / /

## NINTH AFFIRMATIVE DEFENSE

### (No Civil Penalties)

The First Amended Complaint is barred, in whole or in part, because Plaintiff is not entitled to any civil penalties pursuant to 15 U.S.C. § 78u(d)(3) (Section 21(d)(3) of the Securities Exchange Act) or 15 U.S.C. § 80b-9(e) (Section 209(e) of the Investment Advisers Act).

## TENTH AFFIRMATIVE DEFENSE

### ("Bespeaks Caution" Doctrine)

The First Amended Complaint is barred, in whole or in part, because any alleged forward-looking statements made by Defendants (which Defendants deny) "contained enough cautionary language or risk disclosure to protect the defendant against claims of securities fraud." *Provenz v. Miller*, 102 F.3d 1478, 1493 (9th Cir. 1996) (quoting *In re Worlds of Wonder Securities Litigation*, 35 F.3d 1407, 1413 (9th Cir. 1994). *See, e.g., S.E.C. v. Merchant Capital, LLC*, 483 F.3d 747, 765 (11th Cir. 2007) (applying bespeaks caution doctrine to claims brought by SEC).

## ELEVENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unknown and unstated, affirmative defenses available.  Defendants therefore reserve the right to amend this response to assert additional affirmative defenses in the event discovery indicates that additional defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.   Plaintiff takes nothing by reason herein, and the First Amended Complaint, and all causes of action therein, be dismissed with prejudice;

2.   For costs of the suit herein;

3.   For reasonable attorneys' fees; and

1        4.    For such other and further relief as this Court may deem just and proper.

2

3    Dated:  April 19, 2023             **LARSON LLP**

4

5                   By: /s/ *Paul A. Rigali*

6                        PAUL A. RIGALI
                    JERRY A. BEHNKE

7                        CATHERINE S. OWENS
                    JEREMY T. VARON

8                        Attorneys for Defendants
                    SAFEGUARD METALS LLC AND

9                        JEFFREY IKAHN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28