UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAFEGUARD METALS LLC AND JEFFREY IKAHN,<br><br>Defendants. | Case No. 2:22-CV-00693 JFW (SKx)<br>Hon. John F. Walter, Crtrm 7A<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Complaint Filed: Feb. 1, 2022<br>Trial Date: Nov. 28, 2023 |

Plaintiff United States Securities and Exchange Commission ("SEC") and defendants Safeguard Metals LLC and Jeffrey Ikahn (together the "Defendants") hereby stipulate to the entry of proposed judgments ("Proposed Judgments") as to Defendants. A copy of the Proposed Judgments to which Defendants have consented, are attached as Exhibit 1 (for Safeguard Metals) and Exhibit 2 (for Ikahn).

WHEREFORE, the SEC and Defendants have agreed, in partial settlement of the SEC's claims, to entry of the Proposed Judgments. Attached as Exhibit 3 (for Safeguard Metals) and Exhibit 4 (for Ikahn) are the Consents signed by Defendants in which they agree to the relief sought in the Proposed Judgments.

WHEREFORE, the Proposed Judgments eliminate the need to litigate the merits of Defendants' liability. It also permanently enjoins them from violating those provisions of the federal securities laws at issue in the Complaint.

WHEREFORE, the Proposed Judgments further provide that the monetary relief sought by the SEC – disgorgement, prejudgment interest, and civil penalty – shall be resolved by the Court at a later date, resulting either from an agreement by the parties, or raised by the SEC in a contested motion for monetary relief. For the

purpose of any such determination, the parties agree that the Court may accept the allegations in the Complaint as true. This type of partial settlement, a regular form of resolution of SEC enforcement actions, is often referred to as a "bifurcated settlement," and has been regularly approved by courts. *See, e.g.*, *SEC v. JT Wallenbrock & Associates*, 440 F.3d 1109, 1112 (9th Cir. 2006) (affirming grant by district court of disgorgement, prejudgment interest and civil penalties where defendant had previously consented to entry of permanent injunction and agreed not to contest or deny allegations in the SEC's complaint); *SEC v. Griffithe*, No. 20-CV-124, 2021 WL 6551385, at *1 (C.D. Cal. Nov. 18, 2021) (granting motion for financial remedies following consent to bifurcated settlement and agreement not to contest or deny allegations in the SEC's complaint).

WHEREFORE, in their Consents, Defendants agree that the SEC "may present the [Proposed] Judgment to the Court for signature and entry without further notice." (Exs. 3 and 4, ¶ 16.)

For these reasons, the SEC and Defendants hereby stipulate and submit the Proposed Judgments for entry by the Court.

Dated: June 14, 2023

| FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION | FOR DEFENDANTS SAFEGUARD METALS LLC and JEFFREY IKAHN |
|---|---|
| /s/ Jonathan S. Polish<br>Jonathan S. Polish<br>Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 1450<br>Chicago, Illinois 60604<br>(312) 353-6884<br><br>*Attorney for Plaintiff* | /s/ Paul A. Rigali<br>Paul A. Rigali<br>Larson LLP<br>555 South Flower Street<br>Suite 4400<br>Los Angeles, California 90071<br>(213) 436-4888<br><br>*Attorney for Defendants* |