**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No.  2:22-cv-00693-JFW-SKx                          Date  6/15/23

Title:  Securities and Exchange Commission v. Safeguard Metals LLC et al

Present: The Honorable  John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:     ☐ In Court        ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒  Other  Make JS-6

☐  Entered _____.

Initials of Preparer _____ sr

CV-74 (10/08)                    **CIVIL MINUTES -REOPENING/CLOSING**